# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CLIFTON R. MCDONNELL, derivatively on behalf of himself and all other stockholders of INTELICLOUD HOLDINGS, INC., | Case No. 8:15-cv-00085-JVS-(DFMx) |
| | Honorable James V. Selna |
| *Plaintiff*, | |
| v. | |
| INTELICLOUD HOLDINGS, INC., a Delaware corporation; INTELICLOUD TECHNOLOGY, INC., a Nevada corporation; INTELICLOUD HOLDINGS, INC., a California corporation; SLICE NETWORKS, LLC, a California limited liability company; VOXCORP, INC., a Utah corporation; VOXCORP ACQUISITION CORP., a Delaware corporation; JEFFREY FRIEDERICHS, an individual; NEELOY BHATTACHARYYA, an individual; KENNETH HUBBARD, an individual; GIL AMELIO, an individual; JOSEPH TORKAN, an individual; JULIE GIBSON, an individual; and DOES 1 through 30, inclusive, | **FINAL JUDGMENT** |
| *Defendants,* | |
| *-and-* | |
| INTELLICLOUD HOLDINGS, INC., a Delaware Corporation, | |
| *Nominal Defendant.* | |

This matter came before the Court on November 21, 2016 for a Motion for Entry of Default Judgment by Plaintiff Clifton R. McDonnell's ("Plaintiff"). The Court granted Plaintiff's Motion for Entry of Default Judgment in favor of Plaintiff and against InteliCloud Holdings, Inc. ("InteliCloud"), InteliCloud Technology Inc. ("InteliCloud Tech."), Voxcorp Inc. ("Voxcorp"), Voxcorp Acquisition Corp. ("Voxcorp Acquisition"), and Neeloy Bhattacharyya ("Bhattacharyya"). The Court previously granted Plaintiff's request for default judgment against Defendant Jeffrey Friederichs ("Friedrichs") (all Defendants collectively referred to herein as "Defendants"). The Court now enters judgment as follows:

1. Plaintiff has sufficiently shown merit for his claims of relief Violations of Section 10(b) of the Exhange Act and Rule 10b-5; Fraud and Deceit by Suppression of Facts; Constructive Fraud; Breach of Fiduciary Duties; Unjust Enrichment; Unlawful, Unfair, and Fraudulent Business Practices in Violation of California Bus. & Prof. Code §17200, et seq.

2. Plaintiff Clifton R. McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $142,597.14, including post-judgment interest.

3. Plaintiff Clifton R. McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, attorneys' fees and costs in the amount of $78,877.82, including post-judgment interest.

4. Equity Trust Company for the benefit of Rosalea McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $52,000.00, including post-judgment interest.

5. Equity Trust Company for the benefit of Thoron McDonnell shall have

and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $12,003.26, including post-judgment interest.

6. Equity Trust Company for the benefit of Clifton R. McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $10,400.00, including post-judgment interest.

7. Natasha Guillen shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

8. Roxanna L. McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

9. Theresa A. McDonnell shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

10. Alexa G. Cardona shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

11. Liam B. Cardona shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

12. Tabitha A. McGuire shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

13. Selina A. Willcockson shall have and recover from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, the amount of $5,000.00, including post-judgment interest.

14. Any remaining, non-Defendant shareholders shall have and recover their proportionate share of losses from Defendants Friederichs, InteliCloud, InteliCloud Tech, Voxcorp, Voxcorp Acquisition, and Bhattacharyya, jointly and severally, of the total amount $8,000,000.00, including post-judgment interest.

15. The Court grants Plaintiff's request for injunctive relief and verified accounting.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 28, 2017    By: _____
                             Honorable James V. Selna
                             United States District Judge